| United States Bankruptcy Court<br>District of Kansas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**E3 BioFuels-Mead, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**33-1085882** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5425 Martindale, Ste 100**<br>**Shawnee, KS**<br>ZIP Code **66218** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Johnson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **Mead, NE 68041** | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **E3 BioFuels-Mead, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **E3 BioFuels-Mead, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ Carl R. Clark**
Signature of Attorney for Debtor(s)

**Carl R. Clark 11411**
Printed Name of Attorney for Debtor(s)

**Lentz & Clark, P.A.**
Firm Name

**9260 Glenwood**
**Overland Park, KS 66282**

Address

**Email: lclaw@lentzandclark.com**
**913-648-0600 Fax: 913-648-0664**
Telephone Number

**November 30, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Dennis M. Langley**
Signature of Authorized Individual

**Dennis M. Langley**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**November 30, 2007**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
## District of Kansas

In re    **E3 BioFuels-Mead, LLC**                           Case No. _____

                                      Debtor(s)            Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

        Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Aboussie & Assoc<br>3800 Hampton Ave<br>St Louis MO 63109 | Aboussie & Assoc<br>3800 Hampton Ave<br>St. Louis MO 63109 | Goods/services | | 350,000.00 |
| Alvo Grain<br>PO Box 22 706 Hwy 6<br>Ashland, NE 68003 | Alvo Grain<br>PO Box 22 706 Hwy 6<br>Ashland, NE 68003 | Goods/services | | 98,368.97 |
| Bdo Seidman, Llp<br>99 Monroe NW, Ste 800<br>Grand Rapids, MI 49503 | Bdo Seidman, Llp<br>99 Monroe NW, Ste 800<br>Grand Rapids, MI 49503 | Goods/services | | 34,890.00 |
| Biothane Corporation<br>2500 Broadway/d-5<br>Camden, NJ 08104 | Biothane Corporation<br>2500 Broadway/d-5<br>Camden, NJ 08104 | Goods/services | Disputed | 173,188.09 |
| Bodwell Construction<br>83621 Hwy 15<br>Pilger, NE 68768-4045 | Bodwell Construction<br>83621 Hwy 15<br>Pilger, NE 68768-4045 | Goods/services | | 47,805.63 |
| Constellation New Energy<br>12120 Port Grave Blvd, Ste 200<br>LaVista, NE 68128 | Constellation New Energy<br>12120 Port Grave Blvd, Ste 200<br>LaVista, NE 68128 | Goods/Services | | 141,075.57 |
| Cornerstone Energy, Inc<br>12120 Port Grace Blvd<br>Suite 200<br>Lavista, NE 68128 | Cornerstone Energy, Inc<br>12120 Port Grace Blvd<br>Suite 200<br>Lavista, NE 68128 | Goods/services - estimate | | 144,508.00 |
| Crawford Law Firm<br>1701 Ruan Ctr<br>Des Moines, IA 50309 | Crawford Law Firm<br>1701 Ruan Ctr<br>Des Moines, IA 50309 | Goods/services | | 75,000.00 |
| Dilling Mechanical Contractors<br>111 E Mildred St<br>Po Box 47<br>Logansport, IN 46947 | Dilling Mechanical Contractors<br>111 E Mildred St<br>Po Box 47<br>Logansport, IN 46947 | Goods/services | Disputed | 1,405,192.95 |
| EAD<br>4610 S 133rd St, Ste 106<br>Omaha, NE 68137 | EAD<br>4610 S 133rd St, Ste 106<br>Omaha, NE 68137 | Goods/services | | 81,665.93 |
| Edgar Law Firm<br>4520 Main Street Suite 1650<br>Kansas City, MO 64111 | Edgar Law Firm<br>4520 Main Street Suite 1650<br>Kansas City, MO 64111 | Goods/services | | 84,182.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Gephardt Group**<br>**2496 Jett Ferry Rd #102**<br>**Atlanta GA 30338** | **Gephardt Group**<br>**2496 Jett Ferry Rd #102**<br>**Atlanta GA 30338** | **Goods/services** | | **135,000.00** |
| **High Impact Solutions LLC**<br>**5565 NW Barry Rd, Ste 183**<br>**Kansas City MO 64154** | **High Impact Solutions LLC**<br>**5565 NW Barry Rd Ste 183**<br>**Kansas City MO 64154** | **Goods/services** | | **45,000.00** |
| **Katzen International**<br>**2300 Wall Street, Suite K**<br>**Cincinnati, OH 45212** | **Katzen International**<br>**2300 Wall Street, Suite K**<br>**Cincinnati, OH 45212** | **Goods/services** | | **42,757.01** |
| **Kayton Electric, Inc**<br>**120 S. Lincoln St**<br>**Holdredge, NE 68949** | **Kayton Electric, Inc**<br>**120 S. Lincoln St**<br>**Holdredge, NE 68949** | **Goods/services** | Disputed | **69,987.01** |
| **Nexen Marketing, U.s.a.**<br>**14196 Collections Center Dr**<br>**Chicago, IL 60693** | **Nexen Marketing, U.s.a.**<br>**14196 Collections Center Dr**<br>**Chicago, IL 60693** | **Goods/services** | | **43,019.57** |
| **Novozymes**<br>**77 Perry Chapel Church**<br>**Franklinton, NC 27525-0576** | **Novozymes**<br>**77 Perry Chapel Church**<br>**Franklinton, NC 27525-0576** | **Goods/services** | | **47,318.00** |
| **Omaha Public Power Dist**<br>**444 S 16th St Mall**<br>**Omaha, NE 68102** | **Omaha Public Power Dist**<br>**444 S 16th St Mall**<br>**Omaha, NE 68102** | **Goods/Services** | | **65,821.41** |
| **Screw Conveyor Corp**<br>**700 Hoffman Street**<br>**Hammond, IN 46327** | **Screw Conveyor Corp**<br>**700 Hoffman Street**<br>**Hammond, IN 46327** | **Goods/services** | | **38,701.53** |
| **Skinner Tank**<br>**101 W Chicago St**<br>**Yake, OK 74087** | **Skinner Tank**<br>**101 W Chicago St**<br>**Yake, OK 74087** | **Goods/services** | **Disputed** | **81,361.30** |
| **Weitz Industrial, Llc**<br>**1065 Sierra Court Ne**<br>**Cedar Rapids, IA 52402** | **Weitz Industrial, Llc**<br>**1065 Sierra Court Ne**<br>**Cedar Rapids, IA 52402** | **Goods/services** | | **70,814.23** |

In re     **E3 BioFuels-Mead, LLC**                                        Case No. _____
                                    _____
                                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| Oppenheimer Funds<br>Attn Matthew Torpey<br>350 Linden Oaks<br>Rochester NY 14625 | Oppenheimer Funds<br>Attn Matthew Torpey<br>350 Linden Oaks<br>Rochester NY 14625 | Bondholder | | Unknown |
| CIT Syndicated Loan<br>Att Vincent DeVito<br>383 Main Ave 6th Fl<br>Norwalk CT 06851 | CIT Syndicated Loan<br>Att Vincent DeVito<br>383 Main Ave 6th Fl<br>Norwalk CT 06851 | Bondholder | | Unknown |
| Village of Mead<br>Attn Nate Morgan<br>PO Box 42<br>Mead NE 68041 | Village of Mead<br>Attn Nate Morgan<br>PO Box 42<br>Mead NE 68041 | Bondholder TIF | | Unknown |
| Wells Fargo Bank<br>Att Chad Shirk<br>1248 O St, 4th Fl<br>Lincoln NE 68508 | Wells Fargo Bank<br>Att Chad Shirk<br>1248 O St, 4th Fl<br>Lincoln NE 68508 | Bondholder Series B | | Unknown |
| Wells Fargo Bank<br>Att Chad Shirk<br>1248 O St, 4th Fl<br>Lincoln NE 68508 | Wells Fargo Bank<br>Att Chad Shirk<br>1248 O St, 4th Fl<br>Lincoln NE 68508 | Bondholder Series A | | Unknown |
| Wells Fargo Bank<br>Att Chad Shirk<br>1248 O St, 4th Fl<br>Lincoln NE 68508 | Wells Fargo Bank<br>Att Chad Shirk<br>1248 O St, 4th Fl<br>Lincoln NE 68508 | Bondholder        TIF<br>Series A | | Unknown |
| Wells Fargo Bank<br>Att Chad Shirk<br>1248 O St, 4th Fl<br>Lincoln NE 68508 | Wells Fargo Bank<br>Att Chad Shirk<br>1248 O St, 4th Fl<br>Lincoln NE 68508 | Bondholder        TIF<br>Series B | | Unknown |

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **E3 BioFuels-Mead, LLC**                                          Case No.               

                                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

Date  **November 30, 2007**                   Signature    **/s/ Andrew W. Whipple**

                                                                        **Chief Financial Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

Aboussie & Assoc
3800 Hampton Ave
Saint Louis MO 63109


Ace Image Wear
4120 E Truman Rd
Kansas City MO 64127


Adkins, Clark
630 Wlanut
Sutherland NE 69165


Adorno, Jaime
4532 Rees St
Omaha NE 68107


Aerotek, Inc
3689 Collection Center Dr
Chicago IL 60693


Ailco Financial Services
W222 N833 Cheaney Drive
Waukeesha WI 53186


Air Resource Specialists
1901 Sharp Point Drive Suite E
Fort Collins CO 80525


Airgas North Central
1250 W. Washington St.
West Chicago IL 60185


Airgas Safety
128 Wharton Rd.,
Bristol PA 19007


Ajogbeje, Oluwafemi
Po Box 284
Wahoo NE 68066


Allen, Jake
12105 N 160th St
Bennington NE 68007

Alltel
One Allied Drive,
Little Rock AR 72202


Alltell
1 Allied Dr
Little Rock AR 72202


Alltell
1 Allied Dr
Little Rock AR 72202


Alt, Dennis M
22286 W 74th St.
Shawnee KS 66227


Alvo Grain
PO Box 22 706 Hwy 6
Ashland NE 68003


American Boiler
2424 Deer Park Blvd
Omaha NE 68105


Ametek Process Instruments
150 Freeport Rd
Pittsburgh PA 15238


Andersen, William R
612 S Oak
Mead NE 68041


Anderson, Bryon J
206 North 24th
Ashland NE 68003


Anderson, Teresa E
1005 4th St.
Yutan NE 68073


Aquila
1600 Windheok Dr
Lincoln NE 68510

Arb, Joseph E
11310 Parkview Ave
Kansas City KS 66109


Arias, Edgar Esteban
Po Box 174
Mead NE 68041


Assmann, Daniel
5415 S 106th St
Omaha NE 68127


Avalos, Adrian V
431 County Rd. H
Ashland NE 68003


Aws Well Company
1597 County Road 10,
Mead NE 68041


Ayala-Gallardo, Adrian
530 N. Nye Ave #2
Fremont NE 68025


Ayalla-Gallardo, Francisco
530 N Nye Ave
Fremont NE 68025


Bailey, Karl E
206 N.W. 59th Street
Gladstone MO 64118


Barber, Brian D
1308 N 159th St.
Basehor KS 66007


Barnes Group, Inc
Palatine IL 60055


Bautista, Cruz
204 E 6th St.
Mead NE 68041

Bdo Seidman, Llp
99 Monroe NW, Ste 800
Grand Rapids MI 49503


Bearing Headquarters Company
2601 Parkes Dr.,
Broadview IL 60155-6267


Bell, James C
9216 W 71st St #108
Merriam KS 66204


Bell, Jeremy C
9216 W 71st St
Merriam KS 66203


Bennett, Rodney D.
1544 Sutton Dr.
Wahoo NE 68066


Bernie Brazda
Wahoo State Bank
1132 County Rd 18
Wahoo NE 68066


Besco Computers
6205 Goddard St
Shawnee KS 66203


Biothane Corporation
2500 Broadway/d-5
Camden NJ 08104


Bloom, Michael F
16117 Blackwalnut St
Omaha NE 68136


Bodwell Construction
83621 Hwy 15
Pilger NE 68768-4045


Bomgaars
1805 Zeneth Dr
Sioux City IA 51103-5208

Brabec, David J
2132 County Rd. S
Malmo NE 68040


Bradley, Gary
918 Swedeburg Rd
Wahoo NE 68066


Brais, Malouin Et Associes Inc
144 Barr, Ville St Llaurent
Quebec  H4T 1Y4
Canada


Brazda Farms & Frountier Coop
Frountier Coop & CCC
1132 County Rd 18
Wahoo NE 68066


Breau, Cindy
12400 Michigan Ave
Kansas City MO 64146


Brime BioShield
11905 P St, Ste 101
Omaha NE 68137


Brodd, Charles
711 W 9th St
North Bend NE 68649


Brown Bear Corp
2248 Avenue Of Industries
Corning IA 50841


Brown Transfer
911 E. 11th Street
Kearney NE 68845


Bryan Cave
One Metropolitan Square
211 N. Broadway
St Louis MO 63102

Bubba's Tire Service
Mead NE 68041


Bud Walvoord


Canul, Rodolfo
124 N Clarkson
Fremont NE 68025


Caputo, Frank
6312 Sante Fe Dr
Overland Park KS 66202


Carlson, Tyler U
1508 County Rd. 11
Mead NE 68041


Carter, Timothy R
664 No. Maple St.
Wahoo NE 68066


Carvallo, Angela
618 N Iowa
Olathe KS 66061


Castillo, Christopher
1015 N. Pierce, Lot #27
Fremont NE 68025


Cat Rental
10608 Sapp Bros Dr
Omaha NE 68138


Catalyst, Inc
2601 Fortune Cir E, #300b
Indianapolis IN 46268


Ced Automation
Shawnee Mission KS 66201

Central States Group
8720 South 137th Circle
Omaha NE 68103-1147


Cervantes, Luis A
239 W 23rd St
Fremont NE 68025


Chalupsky, Terry J
7805 S 162nd Avenue
Omaha NE 68136


Chavez, Leonardo Hernandez
812 E 76th St
Kansas City MO 64137


Childers, Eva Jenelle
2896 County Road X
Morse Bluff NE 68648


Childers, Jimmy
2896 County Road X
Morse Bluff NE 68648


Chiu, Arthur J
3801 Rustwood Rd.
Joplin MO 64801


Christopher Redmond
Husch & Eppenberger
1200 Main St, Ste 2300
Kansas City MO 64104


CIT Syndicated Loan Group
Attn Vincent DeVito
383 Main Ave, 6th Fl
Norwalk CT 06851


Constellation New Energy
12120 Port Grave Blvd, Ste 200
LaVista NE 68128


Contreras, Candelario
64 S. Maple
Fremont NE 68025

Control Systems
13217 F Street
Omaha NE 68137


Cookies And Cream
441 North Linden
Wahoo NE 68066


Cornerstone Energy, Inc
12120 Port Grace Blvd
Suite 200
Lavista NE 68128


Corporate Express, Inc
1 Environmental Way
Broomfield CO 80021


Coufal, Laura L
1850 N Platte Ave
Fremont NE 68025


Cox, John
667 N 163rd St
Omaha NE 68137


Cox, Willard
7520 N 285th Ave
Valley NE 68064


Crawford Law Firm
1701 Ruan Ctr
Des Moines IA 50309


Cresent Electric Supply
7750 Dunleith Dr.,
East Dubuque IL 61025


Crom Corporation
250 SW 38th Terr
Gainsville DL 32607


Crosby, Curtis
735 County Rd. 13
Ithaca NE 68033

Cruz, Jose
124 N Clarkson
Fremont NE 68025


Culligan
11615 Centennial Rd
Vista NE 68128


Cundiff, Nicholas A
111 S Vine
Mead NE 68041


Curran, John P
2215 S 148 Ave.
Omaha NE 68144


Damas, Nage L
4829 W 121st St
Overland Park KS 66209


Dave Heuton & Associates
20013 Cougar Avenue
Honey Creek IA 51542


Dayani, Nathan P
8207 Santa Fe
Overland Park KS 66204


De Jesus, John A
2201 N Hwy 77
Wahoo NE 68066


Determan Brownie, Inc
1241 72nd Ave. Ne
Minneapolis MN 55480


Determan, Michael A
810 County Road 14
Ithaca NE 68033


Dhl Express
1200 South Pine Island Rd
Plantation FL 33324

Diaz, Jorge
124 N Clarkson
Fremont NE 68025


Diaz, Ricardo
204 E 6th Lot 10
Mead NE 68041


Diekman, George E
5205 W 82nd Ter
Kansas City MO 64151


Dilling Mechanical Contractors
111 E Mildred St
Po Box 47
Logansport IN 46947


Dinges, Jnell
14404 W 68th Ter
Shawnee KS 66216


Don Veskerna
1052 County Rd 3
Ashland NE 68003


Dorsett, Lindell
9620 Falcon Ridge Dr
Lenexa KS 66220


Doug Veskerna
1051 County Rd 3
Ashland NE 68003


Dowco Valve Co, Inc
700 Spiral Blvd Hastings
Hastings MN 55033-3665


Drews, Justin T
789 County Rd. N
Yutan NE 68073


Drews, Ronnie L.
670 County Rd. N
Yutan NE 68073

Drews, Timothy R
2251 County Rd. 7
Leshara NE 68064


Dtn Trading
9110 W Dodge Road
Suite 200
Omaha NE 98114


Duffens Optical
8140 Marshall Dr
Lenexa KS 66214


Dultmeier Sales
13808 Industrial Rd.
Omaha NE 68137


Dunrite, Inc.
3405 N. Yeager Road
Fremont NE 68052


Duran, Tammie M
8521 Ditzler Ave
Kansas City MO 64138


EAD
4610 S 133rd St, Ste 106
Omaha NE 68137


Echeverra, Abelino
746 W. JENSEN ST.
Fremont NE 68025


Edgar Law Firm
4520 Main Street Suite 1650
Kansas City MO 64111


Egr, Dean J
1588 Cy Rd L
Wahoo NE 68066


Electric Pump
4280 East 14th Street
Des Moines IA 53013

Elkhorn Fence Company
7017 N 186th,
Elkhorn NE 68022


Engelmeyer, Joseph H.
Po Box 81
Mead NE 68041


Engineering Resources, Inc
9835 Auburn Rd
Ft Wayne IN 46825


Federal Express
1715 Aaron Brenner Dr., Ste
Memphis TN 38120


Fedex Freight
4103 Collection Center Dr
Chicago IL 60693


Feedforward, Inc
1341 Canton Rd, Suite H-1
Marietta GA 30066


Franke, Shawn E
1701 E 1st St
Fremont NE 68025


Frontier Cooperative
211 South Lincoln  Brainerd,
Brainard NE 68626


Fud & Tracy's Plumbing & Heating
740 N. Chestnut
Wahoo NE 68066


Gaither, Edward W
5743 N 20th St
Lincoln NE 68521


Galaviz, Gerardo
8148 1/2 Troost, Apt 48
Kansas City MO 64131

Gallardo, Juan Manuel
239 W 23rd St # 318
Fremont NE 68025


Garver, Dale
13501 Forest Okas Drive
Smithville MO 64089


Gary Barnes, Esq.
Husch & Eppenberger
1200 Main St, Ste 2300
Kansas City MO 64104


Gates Bile Shields & Ryan
10990 Quivira Ste 200
Overland Park KS 66210


Gephardt Group
2496 Jett Ferry Rd, Ste 102
Atlanta GA 30338


Gerald & Mike Osmera
Oak Creek Valley Bank
1280 County Rd 29
Weston NE 68070


Glaco Midwest, Inc
2505 S 33rd St.,
Oskaloosa IA 52577


Glanz, Theresa A
338 W 12th St
Wahoo NE 68066


Gomez Perez, Jose Mercedes
431 County Road H
Ashland NE 68003


Gongora Ortiz, Jose Arturo
431 County Road H
Ashland NE 68003


Gonzalez, Francisco
64 S. Maple
Fremont NE 68025

Grace Meyer
10050 Regency Cir, Ste 300
Omaha NE 68114


Grainger  W. W.
9345 "j" Street
Omaha NE 68127


Grasiani, Matan
Po Box 235
Mead NE 68041


Graybar
11885 Lackland Rd.
St. Louis MO 63146


Great Plains Safety & Health
2685 Hwy 40 W.
Kearney NE 68845


Griffin, Christy A
15820 W 150th Terr
Olathe KS 66062


Haas, Jacqueline
604 King Terr
Harrisonville MO 64704


Hach Company
2207 Collections Center Dr
Chicago IL 60693


Haessler Sullivan & Klein
PO Box 146
Wahoo NE 68066


Hale, Nikki
PO Box 517
Basehor KS 66007


Hallberg, David
13275 Seward St
Omaha NE 68154

Hanke, Mary
12822 Emiline St
Omaha NE 68138


Hardee III, Lee R
7415 Cottonwood Dr
Shawnee KS 66216


Hartgrave, Robert E
Box 292
Mead NE 68041


Hawthorne Seving
320 W Main St
Beaverdam OH 45808


Hayes, Robert
1104 Cord U
Fremont NE 68025


Hayes, Robert B
Po Box 145
Prague NE 68050


Heffner, Laraine A
12802 W 51st Ter
Shawnee KS 66216


Heinen, Anthony G
Po Box 172
Mead NE 68041


Hernandez, Jimmy
1015 N Pierce
Fremont NE 68025


Hernandez, Jorge
1236 DESNEY ST.
WAHOO NE 68066


Hernandez, Miguel A
204 E 6th Lot # 17
Mead NE 68041

Herrera, Javier Mosqueda
807 S Broad St Trlr, #223
Fremont NE 68025


Hertz Equipment Rental
225 Brae Blvd
Park Ridge NJ 07656


High Impact Solutions, Llc
5565 Nw Barry Rd, Suite 183
Kansas City MO 64154


Hightower, Michael R
1618 Cheyenne
Lincoln NE 68501


Hird, Richard W
856 E 1150 Rd.
Baldwin KS 66006


Holladay, Mary L
4325 Nw Meadow Crest
Topeka KS 66618


Hoover, Kari A
2202 Everett Avenue
Kansas City KS 66102


Hotsy Equipment Co
8902 South 145th Steet
Omaha NE 68138


Hughes Machinery Company
2504 South 156th Circle
Omaha NE 68130


Huskeroil.com (clay B Meyer)
7100 W. Macdougall St.
Sioux Falls SD 57106


Hydro-thermal Corp
400 Pilot Court
Waukeesha WI 53188

Iiams, Ronald C
7518 N 285th Ave Cir
Valley NE 68064


Interstate Industries
Omaha NE 68127-0310


Intersystems DivOf Enduro Systems
1330 "i" Street
Omaha NE 68137


IRS
Kansas City MO 64999


IRS - Spec Proc Branch
Stop 5333WIC
271 W 3rd St North Ste 3000
Wichita KS 67202-1235


Ivy, Douglas A
529 S Persimmon Dr
Olathe KS 66061


James D. Bryan
Prairie Livestock
PO Drawer 636
Westpoint MS 39773


James, Jan
5675 Meadow Heights Dr
Shawnee KS 66226


Jimenez, Otoniel Bautista
204 E 6th Lot 17
Mead NE 68041


Joe Houska
Wahoo NE 68066


John Crane, Inc.
6400 W Oakton,
Morton Grove IL 60053-2725

Johnson, Harold James
720 Bv Emerson Est, Lot #30
Fremont NE 68025


Johnston, Michael W
17306 M St
Omaha NE 68135


Juedes, Brandon M
PO Box 221
Yutan NE 68073


K. A. Steel Chemica
9199 Eagle Way
Chicago IL 60678


Kadavy, Steven R
409 S Oak
Mead NE 68041


Katzen International
2300 Wall Street, Suite K
Cincinnati OH 45212


Kayton Electric, Inc
120 S. Lincoln St
Holdredge NE 68949


Kelly Imaging
10840 W 86th St
Lenexa KS 66214


Kenney, Daniel
13525 S 139th
Omaha NE 68144


Kinkel, Caleb
8213 Switzer
Overland Park KS 66214


Kneib, Jan
12817 Cody Street
Overland Park KS 66213

Koly Jessen PC
One Pacific Pl Ste 800
1125 S 103rd St
Omaha NE 68124


Konecky Oil
990 C R M
Mead NE 68041


Korb, Yvette C
21100 Whispering Dr
Lenexa KS 66220


Kraeger, Mark
11813 Hwy 34
Avoca NE 68307


Krumel Grain
PO Box 205
Wahoo NE 68066


L&L Spreaders
334 Main
Ashland NE 68003


Lamere, Frank
600 Pioneer Place
S Sioux City NE 68776


Langley, Dennis M
13137 Thunderhead Falls
Rapid City SD 57702


Laser Pro Corp
26470 310 St
Platte Center NE 68653


LaserCycle
PO Box 843209
Kansas City MO 64184


Laughlin Construction Co
10846 Old Mill Rd Suite 5
Omaha NE 68154

```
Law, Matthew D
5845 Gladstone St.
Lincoln NE 68507


Lebeau, Tracey
1110 Crestridge Ct
Rapid City SD 57701


Ledezma, Jorge
147 S Lincoln Ave
Fremont NE 68025


Ledezma, Jose C
204 E 6th Lot # 17
Mead NE 68041


Levin's Welding Serice
334 Main
Ashland NE 68003


Link-lite Networking, Inc
6100 Noreston St
Shawnee KS 66218


Linweld
6901 Cornhusker Highway
Lincoln NE 68529


Loftus Septic Pumping
410 County Road C
Ashland NE 68003


Lopez, Josue
124 N Clarkson
Freemont NE 68075


Lopez, Luis Echeverria
746 W. JENSEN
Fremont NE 68025


Lowry, Marlin K
2550 Se Tidewater
Topeka KS 66605
```

Ludacka, Joel P
130 Joyce Cir.
Mead NE 68041


Madison Filter
4653 Jordan
Skaneateles
Falls NY 13153


Magellan Pipeline Co
23564 Network Place
Chicago IL 60678


Magnatrol
67 5th Avenue
Hawthorne NJ 07506


Mainelli Mechanical
1616 Capital Ave.
Omaha NE 68102


Malik, Robert
4467 S 46th Ave
Omaha NE 68117


Mapcon Technologies, Inc
8665 Harbach Blvd. Ste B
Clive IA 50325


Marin, Ernesto
204 E 6th Lot 13
Mead NE 68041


Martinez, Alfonso
147 S Lincoln Ave.
Fremont NE 68025


Martinez, Carlos
2323 E 10th St.
Fremont NE 68025


Martinez, Jesus
239 W 23rd Apt. 337
Fremont NE 68025

Martinez, Serafin Ledesma
239 W 23rd St # 318
Fremont NE 68025


Mateos, Ramon Rivero
Po Box 174
Mead NE 68041


Mathews, Dawn
34491 W 371 St
Osawatomie KS 66064


Mathews, Theodore W
11607 S 206th
Gretna NE 68028


McLerran, Melissa L
4912 W 138th St
Leawood KS 66224


Mcmaster Carr
600 County Line Rd.
Elmhurst IL 60126


Meara, King & Co
800 W. 47th Street Suite 430
Kansas City MO 64112


Metro Leasing Company
8990 W Dodge St.,
Omaha NE 68114


Midland Scientific
1202 S. 11th St.
Omaha NE 68114


Midwest Fire Protection
14514 Grover St.
Omaha NE 68144


Midwest Laboratories, Inc
13611 B Street
Omaha NE 68144

Midwest Protection Svc
8945 J Street Bay 12
Omaha NE 68127


Miller Property And Lawn
28 N Vine
Mead NE 68041


Miller, Ailene P.
1741 N Linden St
Wahoo NE 68066


Mobile Communications
4526 South 140th Steet
Omaha NE 68137


Mongar, Timothy D
918 N. 2nd
Wahoo NE 68066


Montes, Sergio O
809 S Broad
Fremont NE 68025


Montes, Severo
204 E 6th St, Lot #17
Mead NE 68041


Montoya, Jared
1015 N Pierce #41
Fremont NE 68025


Moore, William
4144 N Monroe
Kansas City MO 64117


Morales Pech, Jose
431 Cty Rd H
Ashland NE 68003


Morales, Albert
823 Main St.
Ithaca NE 68033

Morales, Ruben Casanova
204 E 6th Lot # 17
Mead NE 68041


Myron Hollenbeck
Farm Cred Srv of Am
27507 Fletcher Ave
Elmwood NE 68349


Nalco
3033 S. Parker Road
Aurora CO 80014


National Concrete Cutting, Inc
2427 South Ave
Council Bluffs IA 51503


Nebraska Dept. Of Revenue
300 Centennial Mall South
Lincoln NE 68509


Nebraska Rural Water Assoc
3390 Ponderosa St
Wahoo NE 68066


Neill, Sharon D
Po Box 564
Fremont NE 68026


Nexen Marketing, U.s.a.
14196 Collections Center Dr
Chicago IL 60693


Nicola, P J
405 S Vine
Mead NE 68041


Noerenberg, Marvin
986 County Rd. 13
Ithaca NE 68033


Norris, Bradley W
1939 County Road D
Ceresco NE 68017

North American Bioproducts
2180 Satellite Blvd
Ste 375
Duluth GA 30097


Novozymes
77 Perry Chapel Church
Franklinton NC 27525-0576


Omaha Public Power Dist
444 S 16th St Mall
Omaha NE 68102


Omaha Valve & Fitting
4670 G St
Omaha NE 68117


Omero, Guillermo
2201 N. Hwy 77, Lot B13
Wahoo NE 68066


Oppenheimer Funds, Inc.
Attn Matthew Torpey
350 Linden Oaks
Rochester NY 14625


Orozco, Francisco Duarte
239 W 23rd St # 337
Fremont NE 68025


Overhead Door Compa
1222 Royal Drive
Papillion NE 68046


Owen, Kenne L
502 N 12th
Ashland NE 68003


Padilla Pulido, Jose A
1470 E 4th Ave Ct.
Fremont NE 68025


Parkins, Robert R
1130 E 8th St
Fremont NE 68025

Paz, Rafael Gallardo
1045 N Broad St.
Fremont NE 68025


Pech, Samuel Ventura
431 County Road H
Ashland NE 68003


Perez, Alfonso
2500 Independence Av
Kansas City MO 64124


Perez, Bernal G
431 County Rd. H
Ashland NE 68003


Petersen, Jennifer M
2632 Cr I
Weston NE 68070


Pfliegier, Kerry L
7539 Antioch
Overland Park KS 66204


Phil Van Horn
141 Rametto Rd
Santa Barbara CA 93108


Plibrico Company Llc
23416 Network Place
Chicago IL 60673


Power Specialties, Inc
9118 E 72nd Ter
Raytown MO 64133


Prairie Co. Products
2703 Garfield Ave.
Doon IA 51235


Precision Industries, Inc.
7500 W 27th St
Minneapolis MN 55426

Presto X Company
1221 S Saddle Creek Rd
Omaha NE 68106


Price, Preston
10033 W 311th
Louisburg KS 66053


Prime BioShield
11905 P St, Ste 101
Omaha NE 68137


Pulido, Enrique Padilla
807 S Broad St Lot#263
Fremont NE 68025


Pulido, Jose
1470 E 4th Ave Ct
Freemont NE 68025


Quality Disposal Service
201 Madigan Ave.
Weston NE 68070


Quill
100 Schelter Rd
Lincolnshire IL 60069


Ramirez, Reymon
1015 N. Pierce St Lot #5
Fremont NE 68025


Ramos Rodriguez, Jose Jesus
239 W 23rd St # 341
Fremont NE 68025


Randy Bundy
Farmers & Merchants Natl Bk
24618 Country Club
Ashland NE 58003


Rasmussen Mechanical Services
2425 East 4th
Sioux City IA 51101

Reiman, Kevin L
1425 N 59
Lincoln NE 68505


Respond Systems
1411 N 150th St
Omaha NE 68154


Roadway Express
1277 Gorge Blvd
Akron OH 44310


Robert Bonow & Son
551 County Rd 13
Ithaca NE 68033


Robert Nelson
928 County Rd O
Mead NE 68041


Roberts, Crystal A
705 N.E Hamel Pl #a
Lee's Summit MO 64063


Rodger A. Marting
5425 Martindale, Ste 100
Shawnee KS 66218


Rodriguez C, Jose Luiz
239 W 23rd St.
Fremont NE 68025


Rodriguez, Vicente G
239 W 23rd Apt 318
Fremont NE 68025


Roger Bergman
5431 Happy Hollow Ln
Lincoln NE 68516


Romero, Andres H
1236 Desney st.
Wahoo NE 68025

Rosales, Francisco Servantes
332 N 35th St # 3
Omaha NE 68131


Rsc Equipment Rental
2728 N Westmoreland Rd
Dallas TX 75212


Ryan & Associates, Inc
10955-160th St
Davenport IA 52804


Ryan Fire Protection
9740 E 148th St
Noblesville IN 46060


Safety Management Inc
13132 Davenport St
Omaha NE 68154


Saskatoon Boiler Mfg
2011 Quebec Ave Saskatoon
Saskatchew
S7k 1w5
CANADA


Schaal, Michael A
609 S Elm St
Mead NE 68041


Schinker, Mark E
410 N 29th St
Ashland NE 68003


Schutt, Jeff A
2560 N Cr 19
Fremont NE 68025


Scott, Jeaneen
1555 N Union St
Fremont NE 68025


Screw Conveyor Corp
700 Hoffman Street
Hammond IN 46327

Seberger, Daniel
44650 Road 750
Overton NE 68863


Seco Electric
207 W. Main Street
Cedar Bluf NE 68015-0038


Security Equipment, Inc
13505 C Street
Omaha NE 68144


Setpoint Controls, Llc
2222 "l" Street
Omaha NE 68107


Severson, Larry
803 S 202nd
Eagle NE 68347


Seyferth Knittig Blumenthal
300 Wyandotte, Ste 430
Kansas City MO 64105


Sharp, Jennifer T
19860 Birch
Stilwell KS 66085


Shaw, Lynette K
5225 Renner Rd.
Shawnee KS 66217


Shawnee County Treasurer
200 SE 7th St
Topeka KS 66603


Siemens
Citicorp Center
153 East 53rd St
New York NY 10022-4611


Siemers, Brent
102 W 72nd St
Kansas City MO 64114

Simon Jr, Daniel A
PO Box 75
Ithaca NE 68033


Simon Sr., Daniel A.
801 Main
Ithaca NE 68033


Simon, Mollie J.
Po Box 75
Ithaca NE 68033


Skinner Tank
101 W Chicago St
Yake OK 74087


Sloup, Diane Lynn
2630 County Rd. U
Prague NE 68050


Sloup, Kimberly
2630 County Rd U
Prague NE 68050


Smyth, Penny A.
2650 Cty Rd U
Prague NE 68050


Solution One
7407 "o" Street
Lincoln NE 68510


Southwest Community College Attn: Contin
301 S 68th St Place
Lincoln NE 68510


Spain, Bruce
25135 W 327th St
Paola KS 66071


Spirax Sarco, Inc.
1150 Northpoint Blvd
Blythewood SC 29016

```
Sprint Delivery Company Attn:  Marek Osi
5076 S 161st Cir
Omaha NE 68135-1017


Spx Cooling Technologies
7401 W. 129th St
Overland Park KS 66213


Stevens, Daniel C
13813 W 56th Ter
Shawnee KS 66216


Swanson, Gary
2032 County Rd. 13
Colon NE 68018


Syngenta Seeds
Attn Todd Taylor
101 JC Robinson Blvd
Waterloo NE 68069


Tasich, Sarah M
659 W 7th St # 1
Wahoo NE 68066


Technical Maintenance & Service
4231 Progressive Ave, Ste 3
Lincoln NE 68504


Tellez C, Eric
15942 Frances Cir
Omaha NE 68130


Teresa Anderson
1005 4th St.
Yutan NE 68073


The Walling Company
6401 North 90th Street
Omaha NE 68134


Thermo Environmental Inst
(Thermo Fisher Scientific)
121 Madison Ave
Arlington MA 02474
```

Thomas & Thomas Court Reporters
3861 Farnam St
Omaha NE 68131


Toline, Travis R
410 E 11th
Wahoo NE 68066


Trace Environmental Systems
39a Kennedy Road
Tranquility NJ 07879


Tracy, Patrick
20086 Grey Goose Rd
Pierre SD 57501


Trihydro
1252 Commerce Drive
Laramie WY 82070


Univar
3002 F Street
Omaha NE 68107-1599


Unl Farms
1071 County Road G
Ithaca NE 68033


Ups Supply Chain Solutions
28013 Network Place
Chicago IL 60673


Vac-con Services, Inc
135 South Lasalle St Dept 1947
Chicago IL 60474


Ventura, Juan Aguirre
204 E 6th Lot 10
Mead NE 68041


Village of Mead
Attn Nate Morgan
PO Box 42
Mead NE 68041

Villegas-Perez, Lucio
204 E 6th Lot 10
Mead NE 68041


Virgl Implement, Inc
110 S Chestnut St
Wahoo NE 68066


Vwr International, Inc
800 E. Fabyan
Batavia IL 60510


Wahoo Building Center
205 W. 5th
Wahoo NE 68066


Wahoo Metal
130 W. 4th St.
Wahoo NE 68066


Warren, Mark
7503 Goddard
Shawnee KS 66218


Water Engineering Inc
Box 157 1574 Cr 10
Mead NE 68041


Wehrbein, William S
505 Lakehurst Dr.
Waterloo NE 68064


Weinert, Richard W
7710 S 76th Ave.
Lavista NE 68128


Weitz Industrial, Llc
1065 Sierra Court Ne
Cedar Rapids IA 52402


Wells Fargo Bank
Attn Chad Shirk
1248 O St, 4th Fl
Lincoln NE 68508

Wells Fargo Bank
Attn Chad Shirk
1248 O St, 4th Fl
Lincoln NE 68508


Wells Fargo Bank
Attn Chad Shirk
1248 O St, 4th Fl
Lincoln NE 68508


Wells Fargo Bank
Attn Chad Shirk
1248 O St, 4th Fl
Lincoln NE 68508


Wesco Receivables Corp
6860 Ashfield Dr
Cincinnati OH 45242


West Payment Center
PO Box 6292
Carol Stream IL 60197


Wheaton Video
405 E 13 St, Ste 202
Kansas City MO 64106


Whipple, Andrew W
16432 Andraes Dr
Chesterfield MO 63005


Wietzki, Christine B
2030 County Rd. 16
Colon NE 68018


Wildeboor, Anne I
1804 W Fredrickson Cir
Olathe KS 66061


Williams Scotsman
8211 Town Center Drive
Baltimore MD 21236

Willis Shoes And Boot, Inc
379 North Walnut Street
Grand Island NE 68801


Wilson, Robert J
2514 S Stilwell St
Pittsburg KS 66762


Windstream
401 S 21st St
Lincoln NE 68510


Winningham, David
6937 Gladstone
Shawnee KS 66218


Wla Consulting, Inc
4780 South 131st Street
Omaha NE 68137


Woiderski, Ron
11900 Pflumm
Overland Park KS 66212


Wurth, Myron J
2311 S. 165TH ST.
Omaha NE 68130


Yvette Korb
21100 Whispering Dr
Lenexa KS 66220


Zwiener, Casey J
146 N Sycamore
Wahoo NE 68066

# United States Bankruptcy Court
## District of Kansas

In re __E3 BioFuels-Mead, LLC__ _____ Case No. _____

Debtor(s)  Chapter  __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __November 30, 2007__ _____  __/s/ Andrew W. Whipple__ _____

__Andrew W. Whipple, Chief Financial Officer__
Signer/Title