IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| E3 BIOFUELS-MEAD, LLC | ) | Case No. 07-22733 |
| | ) | |
| | ) | |
| E3 BIOFUELS MEAD HOLDING, LLC | ) | Case No. 07-22734 |
| | ) | |
| Debtors-in-Possession. | ) | Proposed Joint Administration |

### APPLICATION FOR EMPLOYMENT OF LENTZ & CLARK, P.A. AS DEBTORS' COUNSEL

COMES NOW E3 BioFuels-Mead, LLC ("E3 Mead") and E3 Biofuels Mead Holding, LLC ("HoldCo"), as proposed jointly administered Debtors and Debtors in Possession (collectively "Debtors"), and submits their Application for Employment of Lentz & Clark. P.A ("L&C") as Debtor's Counsel. In support thereof, Debtors state and allege as follows:

1. Debtors filed their voluntary petitions in bankruptcy under Chapter 11 on November 30, 2007, and continue to operate their businesses as Debtors-In-Possession.

2. Debtors wish to employ Lentz & Clark, P.A. ("L&C"), to represent the Debtors in their Chapter 11 bankruptcy proceedings.

3. L&C's address is 9260 Glenwood, Overland Park, Kansas 66212.

4. L&C's Federal I.D. Number is 48-0906326.

5. L&C has experience in matters of this character and is well-qualified to act as attorneys for the Debtors.

6. L&C has agreed to act as attorney for the Debtors at a fee commensurate with their experience and the nature and complexity of this case. The hourly rates proposed are as follows:

| | |
|---|---|
| Carl R. Clark | $300.00 |
| Jeffrey A. Deines | $220.00 |
| Andrew D. Hennier | $220.00 |
| Legal Assistants | $90.00 |

7. L&C was retained on or about November 7, 2007. L&C has received a retainer fee of $ 120,000.00. Since November 7, 2007, L&C has been paid approximately $48,142.50 for professional services rendered and expenses incurred by L&C prior to, and in connection with, the commencement of the instant case, including the filing fee.

8. L&C represents no interest materially adverse to the Debtors or the Debtors' estates on the matters upon which it is to be engaged and its employment would be in the best interest of the bankruptcy estate. Given the affiliated nature of the Debtors, L&C shall remain cognizant of potential conflicts of interest among the Debtors. If any such conflicts arise, L&C proposes that it seek special conflicts counsel under § 327, or, if applicable and appropriate, seek assistance from counsel for the unsecured creditors' committee. Also based on the affiliated and connected nature of the Debtors, L&C proposes that all time be tracked as a single matter and not allocated between the Debtors.

9. L&C is a disinterested person within the meaning of § 327(a) of the Bankruptcy Code.

10. L&C has no adverse connections with the Debtors, creditors, any other parties in interest, their respective attorneys and accountants, United States Trustee or any person employed in the Office of the United States Trustee.

11. L&C understands that there is a continuing duty to disclose any subsequently discovered adverse interest or adverse connections.

12. Attached hereto and incorporated herein are the Verified Statements of Carl R. Clark, Jeffrey A. Deines, and Andrew D. Hennier, of Lentz & Clark, P.A., as required by Fed. R. Bankr. P. 2014(a).

13. In accordance with Fed. R. Bankr. P. 2014(a), Debtors shall transmit a copy of this Application to the United States Trustee.

14. Debtors request that the Court enter an Order approving the employment of Lentz & Clark, P.A., effective from the date of the filing of Debtors' petitions, as more fully set forth herein.

WHEREFORE, Debtors respectfully request this Court's Order approving the employment of Lentz & Clark, P.A. on the basis set forth above; and for such other and further relief as the Court deems just and equitable.

        E3 BioFuels-Mead, LLC and
        E3 Biofuels Mead Holding, LLC

        By:   s/Dennis M. Langley_____
        Dennis M. Langley, Managing Member

        Respectfully submitted,

        LENTZ & CLARK, P.A.

        s/ Jeffrey A. Deines
        Carl R. Clark, KS #11411
        Jeffrey A. Deines, KS # 20249
        9260 Glenwood
        Overland Park, KS 66212
        (913) 648-0600
        (913) 648-0664 Telecopier
        cclark@lentzandclark.com
        jdeines@lentzandclark.com
        Attorneys for Debtors in Possession

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was electronically transmitted to those parties designated with the Court to receive such notification, on this 30th day of November, 2007 and mailed, first class, U.S. Mail to the following:

United States Trustee's Office
301 N. Main Street, Ste 1150
Wichita, KS 66202

        s/ Jeffrey A. Deines
        Jeffrey A. Deines

# VERIFIED STATEMENT OF JEFFREY A. DEINES OF LENTZ & CLARK, P.A.

I, Jeffrey A. Deines, of Lentz & Clark, P.A., being first duly sworn, in view of the Application for Employment as Attorneys for Debtor, request that Lentz & Clark, P.A., be employed as attorneys for the Debtors to perform certain services in the above-entitled matter, and hereby make solemn oath:

1. Lentz & Clark, P.A. ("L&C") is a disinterested person within the meaning of § 327(a) of the Bankruptcy Code.

2. To the best of my knowledge, L&C represents no interest materially adverse to the Debtor or the Debtor's estate on matters upon which Lentz & Clark, P.A. is to be engaged. Given the affiliated nature of the Debtors, I shall remain cognizant of potential conflicts of interest among the Debtors. If any such conflicts arise, I will seek special conflicts counsel under § 327, or, if applicable and appropriate, seek assistance from counsel for the unsecured creditors' committee. Also based on the affiliated and connected nature of the Debtors, I will track all time as a single matter and will not allocate time between the Debtors.

3. To the best of my knowledge, L&C has no adverse connections with the Debtors, creditors, any other parties in interest, their respective attorneys and accountants, United States Trustee or any person employed in the Office of the United States Trustee.

4. L&C was retained on or about November 7, 2007. L&C has received a retainer fee of $ 120,000.00. Since November 7, 2007, L&C has been paid approximately $48,142.50 for professional services rendered and expenses incurred by L&C prior to, and in connection with, the commencement of the instant case, including the filing fee.

5. In order to determine that I, in fact, represent no interest materially adverse to the Debtors or the Debtors' estates, I reviewed the case file, financial documents, the lists of various creditors of the Debtors and my list of clients. In addition, I discussed the engagement with the other members of L&C.

6. I understand that Lentz & Clark, P.A., has a continuing duty to disclose any subsequently discovered adverse interest or adverse connections within the meaning of Paragraphs 2 and 3, respectively.

7. I have read the foregoing Application for Employment as Attorneys for Debtors and the statements contained therein are true and accurate according to the best of my knowledge, information and belief.

8. I verify under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of November, 2007.

        s/ Jeffrey A. Deines
        Jeffrey A. Deines, KS #20249
        Lentz & Clark, P.A.
        Overland Park, KS 66212
        (913) 648-0600
        (913) 648-0664 Telecopier
        jdeines@lentzandclark.com
        Attorney for Debtors

STATE OF KANSAS    )
                          ) SS:
COUNTY OF JOHNSON )

Signed and sworn to before me on this 30th day of November, 2007, by Jeffrey A. Deines of Lentz & Clark, P.A.

        s/Debra L. Bianco
My Commission Expires: 2-15-2010    NOTARY PUBLIC

## VERIFIED STATEMENT OF CARL R. CLARK OF
## LENTZ & CLARK, P.A.

I, Carl R. Clark, of Lentz & Clark, P.A., being first duly sworn, in view of the Application for Employment as Attorneys for Debtor, request that Lentz & Clark, P.A., be employed as attorneys for the Debtors to perform certain services in the above-entitled matter, and hereby make solemn oath:

1. Lentz & Clark, P.A. ("L&C") is a disinterested person within the meaning of § 327(a) of the Bankruptcy Code.

2. To the best of my knowledge, L&C represents no interest materially adverse to the Debtor or the Debtor's estate on matters upon which Lentz & Clark, P.A. is to be engaged. Given the affiliated nature of the Debtors, I shall remain cognizant of potential conflicts of interest among the Debtors. If any such conflicts arise, I will seek special conflicts counsel under § 327, or, if applicable and appropriate, seek assistance from counsel for the unsecured creditors' committee. Also based on the affiliated and connected nature of the Debtors, I will track all time as a single matter and will not allocate time between the Debtors.

3. To the best of my knowledge, L&C has no adverse connections with the Debtors, creditors, any other parties in interest, their respective attorneys and accountants, United States Trustee or any person employed in the Office of the United States Trustee.

4. L&C was retained on or about November 7, 2007. L&C has received a retainer fee of $ 120,000.00. Since November 7, 2007, L&C has been paid approximately $48,142.50 for professional services rendered and expenses incurred by L&C prior to, and in connection with, the commencement of the instant case, including the filing fee.

5. In order to determine that I, in fact, represent no interest materially adverse to the Debtors or the Debtors' estates, I reviewed the case file, financial documents, the lists of various creditors of the Debtors and my list of clients. In addition, I discussed the engagement with the other members of L&C.

6. I understand that Lentz & Clark, P.A., has a continuing duty to disclose any subsequently discovered adverse interest or adverse connections within the meaning of Paragraphs 2 and 3, respectively.

7. I have read the foregoing Application for Employment as Attorneys for Debtors and the statements contained therein are true and accurate according to the best of my knowledge, information and belief.

8. I verify under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of November, 2007.

s/ Carl R. Clark<br>
Carl R. Clark, KS #11411<br>
Lentz & Clark, P.A.<br>
Overland Park, KS 66212<br>
(913) 648-0600<br>
(913) 648-0664 Telecopier<br>
cclark@lentzandclark.com<br>
Attorney for Debtors

STATE OF KANSAS )
) SS:
COUNTY OF JOHNSON )

Signed and sworn to before me on this 30th day of November, 2007, by Carl R. Clark of Lentz & Clark, P.A.

My Commission Expires: 2-15-2010        s/Debra L. Bianco
                                        NOTARY PUBLIC

## VERIFIED STATEMENT OF ANDREW D. HENNIER OF LENTZ & CLARK, P.A.

I, Andrew D. Hennier, of Lentz & Clark, P.A., being first duly sworn, in view of the Application for Employment as Attorneys for Debtor, request that Lentz & Clark, P.A., be employed as attorneys for the Debtors to perform certain services in the above-entitled matter, and hereby make solemn oath:

1. Lentz & Clark, P.A. ("L&C") is a disinterested person within the meaning of § 327(a) of the Bankruptcy Code.

2. To the best of my knowledge, L&C represents no interest materially adverse to the Debtor or the Debtor's estate on matters upon which Lentz & Clark, P.A. is to be engaged. Given the affiliated nature of the Debtors, I shall remain cognizant of potential conflicts of interest among the Debtors. If any such conflicts arise, I will seek special conflicts counsel under § 327, or, if applicable and appropriate, seek assistance from counsel for the unsecured creditors' committee. Also based on the affiliated and connected nature of the Debtors, I will track all time as a single matter and will not allocate time between the Debtors.

3. To the best of my knowledge, L&C has no adverse connections with the Debtors, creditors, any other parties in interest, their respective attorneys and accountants, United States Trustee or any person employed in the Office of the United States Trustee.

4. L&C was retained on or about November 7, 2007. L&C has received a retainer fee of $ 120,000.00. Since November 7, 2007, L&C has been paid approximately $48,142.50 for professional services rendered and expenses incurred by L&C prior to, and in connection with, the commencement of the instant case, including the filing fee.

5. In order to determine that I, in fact, represent no interest materially adverse to the Debtors or the Debtors' estates, I reviewed the case file, financial documents, the lists of various creditors of the Debtors and my list of clients. In addition, I discussed the engagement with the other members of L&C.

6. I understand that Lentz & Clark, P.A., has a continuing duty to disclose any subsequently discovered adverse interest or adverse connections within the meaning of Paragraphs 2 and 3, respectively.

7. I have read the foregoing Application for Employment as Attorneys for Debtors and the statements contained therein are true and accurate according to the best of my knowledge, information and belief.

8. I verify under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of November, 2007.

>s/ Andrew D. Hennier
>Andrew D. Hennier, KS # 17322
>Lentz & Clark, P.A.
>Overland Park, KS  66212
>(913) 648-0600
>(913) 648-0664 Telecopier
>ahennier@lentzandclark.com
>Attorney for Debtors

STATE OF KANSAS        )
                       ) SS:
COUNTY OF JOHNSON      )

Signed and sworn to before me on this 30th day of November, 2007, by Andrew D. Hennier of Lentz & Clark, P.A.

My Commission Expires: 2-15-2010

>s/Debra L. Bianco
>NOTARY PUBLIC