# RESOLUTION AUTHORIZING SIGNING AND FILING
# OF CHAPTER 11 BANKRUPTCY

I, Dennis Langley, declare under penalty of perjury that E3 PBS Holdco is the 100% owner of E3 Biofuels Mead Holding, LLC. E3 BioFuels, LLC is the managing member of E3 PBS Holdco. E3 Biofuels Mead Holding, LLC is the managing member of E3 BioFuels-Mead, LLC. I am Chairman and President of E3 BioFuels, LLC. Based on my controlling ownership interests in up-stream entities, on November 30, 2007, the following resolution was duly adopted by E3 Biofuels – Mead, LLC:

"Whereas, it is in the best interests of E3 Biofuels – Mead, LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved that Dennis Langley or Andrew Whipple, or any other appropriate persons connected to E3 Biofuels - Mead, LLC, are authorized and directed to execute and deliver all documents necessary to perfect the filing of Chapter 11 bankruptcy case on behalf of E3 Biofuels - Mead, LLC;

Be It Therefore Resolved that this Resolution alone is sufficient to authorize the filing of the Chapter 11 bankruptcy case and that any formal meeting or quorum requirements contained in the articles of incorporation, operating agreements or otherwise, are hereby waived;

Be It Further Resolved, that, Dennis Langley, Andrew Whipple, or any other appropriate persons connected to E3 Biofuels – Mead, LLC, are authorized and directed to appear in all bankruptcy proceedings on behalf of E3 Biofuels - Mead, LLC, and to otherwise do and perform all acts and deeds necessary in connection with such bankruptcy case; and

Be It Finally Resolved that E3 Biofuels - Mead, LLC is authorized and directed to employ the law firm of Lentz & Clark, P.A. to represent E3 Biofuels - Mead, LLC in the instant Chapter 11 bankruptcy case."

*Dennis Langley*
E3 Biofuels – Mead, LLC
By: Dennis Langley, Chairman and President of E3
BioFuels, LLC and controlling ultimate interest
holder of E3 Biofuels Mead Holding, LLC as
managing member of E3 Bio-Fuels Mead, LLC