IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| E3 BIOFUELS-MEAD, LLC | ) | Case No. 07-22733 |
| | ) | |
| | ) | |
| Debtor-in-Possession. | ) | Joint Administration |

**MOTION FOR AUTHORITY TO SELL PERISHABLE CORN AND DIESEL FUEL**

COMES NOW E3 BioFuels-Mead, LLC ("E3 Mead") and E3 Biofuels Mead Holding, LLC ("HoldCo"), as jointly administered Debtors and Debtors in Possession (collectively "Debtors"), and submits its Motion for Authority to Sell Perishable Corn and Diesel Fuel (the "Motion"). In support of this Motion, Debtors respectfully represents as follows:

Background.

1. On November 30, 2007, (the "Petition Date"), Debtors filed voluntary petitions in this Court for reorganization relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §101 et seq. as amended (the "Bankruptcy Code"). Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2. No trustee or examiner has been appointed. An official committee of creditors has been established and is represented by counsel.

3. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. Venue of this case and motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The Debtor's ethanol facility is currently "moth-balled" and non-operational. As such, the Debtor does not have a present, immediate need for approximately 15,000 bushels of corn (the "Corn") and approximately 17,000 gallons of diesel fuel ("Fuel") that it owns.

1

5. While the Debtor previously sold unused commodities in its ordinary course in pre-petition periods, the Debtor, in an abundance of caution, seeks this Court's approval and authority to sell the Corn and Fuel to prevent waste and to maximize the value for the bankruptcy estate. The Debtor does not believe that the Corn and Fuel are subject to any liens or encumbrances.

Corn Sale.

6. The Debtor has negotiated a sale of the Corn to Mead Cattle Company ("MCC"), an affiliated, non-debtor party. MCC operates a cattle feed lot and intends to use the Corn to feed its cattle. MCC buys corn from other sources on a regular basis, and proposes to buy the instant Corn on regular and standard terms.

7. Specifically, MCC is willing to buy the Corn at the prevailing market rates, currently $5.11, less the costs to remove the Corn from the storage bins at a labor rate of $14/hour and less any deductions for quality using the United States Standards for corn and standard market discounts relative thereto.

8. Debtor has investigated various options for the sale of the Corn and believes that the sale described herein is the best option available. Further, if the Corn is not sold on an expedited basis, the Corn will spoil.

Fuel Sale.

9. Due to the location and characteristics of the Fuel, the Debtor does not believe there is a ready, spot market for the sale of the Fuel. The Debtor has discussed a possible sale with a local fuel distributor, Nebraska-Iowa Supply Company, Inc., and that entity has expressed interest in buying the Fuel on or after March 1, 2008.

10. Specifically, the Debtor seeks Court authority to sell the Fuel on the best terms

then available to Nebraska-Iowa Supply Company, Inc, or any other suitable purchaser, less any costs of labor to remove the Fuel from Debtor's holding tanks.

11. Debtor has investigated various options for the sale of the Fuel and believes that the sale described herein is the best option available.

Request for Shortened Notice.

12. Since the Corn and Fuel are perishable and degrading commodities, the Debtor respectfully contends that an immediate sale is in the best interests of the bankruptcy estate. As such, the Debtor has filed contemporaneously herewith a Motion to Shorten Notice on the instant Sale Motion, shortening the objection period to ten (10) days.

**WHEREFORE,** Debtors respectfully request that the Court enter an order approving and authorizing the sale of Corn and Fuel, on the general terms and conditions set forth above; and for such other and further relief as is just and proper.

        Respectfully submitted,

        LENTZ & CLARK, P.A.

        s/ Jeffrey A. Deines
        Carl R. Clark, KS #11411
        Jeffrey A. Deines, KS # 20249
        9260 Glenwood
        Overland Park, KS 66212
        (913) 648-0600
        (913) 648-0664 Telecopier
        cclark@lentzandclark.com
        jdeines@lentzandclark.com
        Attorneys for Debtors in Possession