IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:

E3 BIOFUELS-MEAD, LLC,

                                 Debtor(s).                Case No. 07-22733-11

_____

**T R A N S C R I P T**

TRANSCRIPT OF PROCEEDINGS

HELD: <u>APRIL 23, 2008</u>

(See Separate Transcript File)

                                              FRED W. JAMISON, CLERK
                                              UNITED STATES BANKRUPTCY COURT

(Rev. 01/00)                                    By:  <u>s/ Monica L. Sparks, Deputy</u>